Reset Form

# memorandum

**FILED - GR**
November 30, 2020 3:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW    SCANNED BY: JW /11-30

UNITED STATES DISTRICT COURT

DATE: 11/25/2020

REPLY TO ATTN OF: Tara B

SUBJECT: Possibly Related Case

CASE NUMBER: 1:20-cv-1142

CASE CAPTION: The State of Michigan et al v. Enbridge Energy, Limited Partnership et al

TO: Magistrate Judge Kent

According to the Notice of Removal the attorney of record indicates this case is related to the cases listed below:

Judge Janet T. Neff      Case Number  1:20-cv-1141

                         Case Number _____

                         Case Number _____

__X__ Case is related        ____ Case is not related

Pursuant to Local Civil Rule 3.3.1(d)(iii)(A), civil cases are deemed related when a filed case:

__X__ (1) relates to property involved in an earlier numbered pending suit

____ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

_____

Dated: 11/30/2020          _____RSD_____ Signature

__JW__ Direct assignment performed
_____ Random assignment performed

Initials: JMW          Date: 11-30-2020

07/15