UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE STATE OF MICHIGAN, GOVERNOR OF
THE STATE OF MICHIGAN, and MICHIGAN
DEPARTMENT OF NATURAL RESOURCES,

    Plaintiffs,

v

ENBRIDGE ENERGY, LIMITED PARTNERSHIP,
ENBRIDGE ENERGY COMPANY, INC., and
ENBRIDGE ENERGY PARTNERS, L.P.,

    Defendants.

No. 1:20-cv-01142-JTN-RSK

HON. JANET T. NEFF

**PROOF OF SERVICE**

---

| | |
|---|---|
| Robert P. Reichel (P31878)<br>Daniel P. Bock (P71246)<br>Assistant Attorneys General<br>Attorneys for Plaintiffs<br>Environment, Natural Resources, and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br>reichelb@michigan.gov<br>bockd@michigan.gov | Peter H. Ellsworth (P23657)<br>Jeffery V. Stuckey (P34648)<br>Attorneys for Defendants<br>Dickinson Wright PLLC<br>123 W. Allegan Street, Suite 900<br>Lansing, MI 48933<br>(517) 371-1730<br>pellsworth@dickinsonwright.com<br>jstuckey@dickinsonwright.com |
| Phillip J. DeRosier (P55595)<br>Attorney for Defendants<br>Dickinson Wright PLLC<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>(313) 223-3866<br>pderosier@dickinsonwright.com | John J. Bursch (P57679)<br>Attorney for Defendants<br>Bursch Law PLLC<br>9339 Cherry Valley Ave., SE, #78<br>Caledonia, MI 49316<br>(616) 450-4235<br>jbursch@burschlaw.com |

David H. Coburn
William T. Hassler
Alice Loughran
Joshua Runyan
Attorneys for Defendants
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036
(202) 429-3000
dcoburn@steptoe.com
whassler@steptoe.com
aloughran@steptoe.com
jrunyan@steptoe.com

## PROOF OF SERVICE

On March 16, 2021, I caused to be sent via email and first-class mail, a copy of Plaintiffs'

Motion to Remand, Brief in Support, and this Proof of Service to:

| | |
|---|---|
| Peter H. Ellsworth<br>Jeffery V. Stuckey<br>Dickinson Wright PLLC<br>123 W. Allegan Street, Suite 900<br>Lansing, MI 48933<br>pellsworth@dickinsonwright.com<br>jstuckey@dickinsonwright.com | David H. Coburn<br>William T. Hassler<br>Alice Loughran<br>Joshua Runyan<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br>dcoburn@steptoe.com<br>whassler@steptoe.com<br>aloughran@steptoe.com<br>jrunyan@steptoe.com |
| John J. Bursch<br>Bursch Law PLLC<br>9339 Cherry Valley Ave., SE, #78<br>Caledonia, MI 49316<br>jbursch@burschlaw.com | Phillip J. DeRosier<br>Dickinson Wright PLLC<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>pderosier@dickinsonwright.com |

1

I declare that the statements above are true to the best of my information, knowledge, and belief.

*Judith L. Gibson*
Legal Secretary

LF:  Enbridge Straits (Dec & Inj Relief)(GOV)(DNR)WD/AG# 2020-0304222-B-L/POS-Email and First-Class Mail 2021-03-16