UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.

_____

Case No. 1:20-cv-1141

HON. JANET T. NEFF

STATE OF MICHIGAN, et al.,

    Plaintiffs,

v.

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

    Defendants.

_____/

Case No. 1:20-cv-1142

HON. JANET T. NEFF

## ORDER

Having reviewed the parties' March 16, 2021 Joint Notice (ECF No. 18, ECF No. 1:20-cv-1141; ECF No. 23, ECF No. 1:20-cv-1142),

**IT IS HEREBY ORDERED** that this matter is submitted to facilitative mediation with the parties' chosen mediator, Gerald Rosen, and an initial mediation session on April 16, 2021.

2

**IT IS FURTHER ORDERED** that the parties shall, not later than 7 days after the initial mediation session, file a Joint Notice estimating the time needed to complete mediation.

| | |
|---|---|
| Dated:  March 18, 2021 | /s/ Janet T. Neff<br>JANET T. NEFF<br>United States District Judge |