UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY LIMITED
PARTNERSHIP, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____

Case No. 1:20-cv-1141

HON. JANET T. NEFF

STATE OF MICHIGAN, et al.,

    Plaintiffs,

v.

ENBRIDGE ENERGY LIMITED
PARTNERSHIP, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1142

HON. JANET T. NEFF

**ORDER**

This matter is before the Court on Ohio Attorney General Dave Yost's Motion for Leave to File an Amicus Curiae Brief Instanter on behalf of the State of Ohio and State of Louisiana in Support of the Court's February 18, 2021 order that the State of Michigan and Enbridge explore mediation (ECF No. 16). Ohio Attorney General Yost is seeking to file the proposed amicus brief in Case No. 1:20cv1142 (ECF No. 25-1) and proposed appendix exhibits A-I (ECF Nos. 25-2 through 25-10) and in Case No. 1:20cv1142 (ECF 20-1) and proposed appendix exhibits A-I (ECF Nos 20-2 through 20-10). The Court having reviewed the motions and proposed submissions, NOW THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Ohio Attorney General Dave Yost's Motion for Leave to File an Amicus Curiae Brief Instanter on behalf of the State of Ohio and the State of Louisiana in Support of the Court's February 18, 2021 order that the State of Michigan and Enbridge explore mediation (ECF No. 16) is GRANTED. The Clerk of Court shall accept Ohio Attorney General Dave Yost's amicus brief Case No. 1:20cv1142 (ECF No. 25-1) and proposed appendix exhibits A-I (ECF Nos. 25-2 through 25-10) and in Case No. 1:20cv1142 (ECF 20-1) and proposed appendix exhibits A-I (ECF Nos 20-2 through 20-10) for filing.

    IT IS SO ORDERED.

                                                                      _____
                                                                      JANET T. NEFF
                                                                       United States District Judge