UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN, et al.,

    Plaintiffs,

v.

ENBRIDGE ENERGY LIMITED
PARTNERSHIP, et al.,

    Defendants.

Case No. 1:20-cv-1142

HON. JANET T. NEFF

---

**OHIO ATTORNEY GENERAL DAVE YOST'S CERTIFICATE OF ATTEMPT TO OBTAIN CONCURRENCE FOR MOTION FOR LEAVE TO FILE AN A*MICUS CURIAE* BRIEF *INSTANTER* ON BEHALF OF THE STATE OF OHIO AND STATE OF LOUISIANA REGARDING ECONOMIC HARM RESULTING FROM A LINE 5 SHUTDOWN**

OHIO ATTORNEY GENERAL DAVE YOST
Aaron S. Farmer
Matthew Meyer
Gregg H. Bachmann
Assistant Attorneys General
Environmental Enforcement Section
30 E. Broad Street, 25th Floor
Columbus, Ohio 43215
(614) 466-2766
(614) 644-1926 (fax)
aaron.farmer@ohioattorneygeneral.gov
matthew.meyer@ohioattorneygeneral.gov
gregg.bachmann@ohioattorneygeneral.gov
*Attorneys for Ohio Attorney General, Amicus Curiae*

Matthew D. Harper (P52856)
Eastman & Smith Ltd.
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
(419) 241-6000
(419) 247-1777 (fax)
mdharper@eastmansmith.com
*Special Counsel to Ohio Attorney General, Amicus Curiae*

LOUISIANA ATTORNEY GENERAL JEFF LANDRY
Elizabeth Murrill
Solicitor General
Office of Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802
(225) 326-6079
MurrillE@ag.louisiana.gov
*Joining Ohio Attorney General, Amicus Curiae*

---

Robert P. Reichel (P31878)
Daniel P. Bock (P71246)
Assistant Attorneys General
Office of Michigan Attorney General,
Dana Nessel
Environmental, Natural Resources,
and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
(517) 335-7636 (fax)
reichelb@michigan.gov
bockd@michigan.gov
*Attorneys for State of Michigan, et al.*

Peter H. Ellsworth (P23657)
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, MI 48933
(517) 371-1730
pellsworth@dickinsonwright.com

Phillip J. DeRosier (P55595)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3866
pderosier@dickinsonwright.com

John J. Bursch (P57679)
BURSCH LAW PLLC
9339 Cherry Valley Avenue SE, #78
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

David H. Coburn
William T. Hassler
Alice Loughran
Joshua H. Runyan
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
dcoburn@steptoe.com
whassler@steptoe.com
aloughran@steptoe.com
jrunyan@steptoe.com
*Attorneys for Enbridge Energy Limited Partnership, et al.*

I, Matthew D. Harper, the undersigned, Special Counsel to the Ohio Attorney General, affirm that on March 9, 2021, I formally sent electronic mail to the following counsel and requested concurrence for the motion for leave to file the *Amicus Curiae* Brief *instanter*.

| **COUNSEL FOR:** <br> **ENBRIDGE PARTIES** | **COUNSEL FOR:** <br> **MICHIGAN PARTIES** |
|---|---|
| David Coburn <br> William Hassler <br> Alice Loughran <br> Joshua H. Runyan <br> STEPTOE & JOHNSON LLP <br> 1330 Connecticut Ave., NW <br> Washington, DC 20036-1765 <br> (202) 429-6202 <br> dcoburn@steptoe.com <br> whassler@steptoe.com <br> aloughra@steptoe.com <br> jrunyan@steptoe.com | Robert P. Reichel (P31878) <br> Daniel P. Bock (P71246) <br> Assistant Attorneys General <br> Office of Michigan Attorney General, <br> Dana Nessel <br> Environmental, Natural Resources, <br> and Agriculture Division <br> P.O. Box 30755 <br> Lansing, MI 48909 <br> (517) 335-7664 <br> (517) 335-7636 (fax) <br> reichelb@michigan.gov <br> bockd@michigan.gov |

John J. Bursch
BURSCH LAW PLLC
9339 Cherry Valley Avenue SE, #78
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

Phillip J. DeRosier (P55595)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3866
pderosier@dickinsonwright.com

Peter H. Ellsworth (P23657)
DICKINSON WRIGHT PLLC
123 W. Allegan Street, Suite 900
Lansing, MI 48933
(517) 371-1730
pellsworth@dickinsonwright.com

Counsel for the State of Ohio has not received a response from the Enbridge parties on whether they concur with the filing of this Motion for *Amicus Curiae* Brief. The Michigan parties do not concur.

This Certificate is filed in accordance with LCivR 7.1(d).

Respectfully submitted,

**DAVE YOST**
**OHIO ATTORNEY GENERAL**

  /s/ *Matthew D. Harper*
Aaron S. Farmer
Matthew E. Meyer
Gregg H. Bachmann
Assistant Attorneys General
Environmental Enforcement Section
30 E. Broad Street, 25th Floor
Columbus, Ohio 43215
(614) 466-2766
(614) 644-1926 (fax)
aaron.farmer@OhioAttorneyGeneral.gov
matthew.meyer@OhioAttorneyGeneral.gov
gregg.bachmann@ohioattorneygeneral.gov
*Attorneys for Ohio Attorney General, Amicus Curiae*

Matthew D. Harper (P52856)
Eastman & Smith Ltd.
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
(419) 241-6000
(419) 247-1777 (fax)
mdharper@eastmansmith.com
*Special Counsel to Ohio Attorney General, Amicus Curiae*

LOUISIANA ATTORNEY GENERAL
JEFF LANDRY
Elizabeth Murrill
Solicitor General
Office of Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802
(225) 326-6079
MurrillE@ag.louisiana.gov
*Joining Ohio Attorney General, Amicus Curiae*

Dated:  March 19, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, the foregoing document was served upon all Counsel of record via the ECF filing system.

*/s/ Matthew D. Harper*
Matthew D. Harper
*Special Counsel to Ohio Attorney General, Amicus Curiae*
