UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

THE STATE OF MICHIGAN, GOVERNOR
OF THE STATE OF MICHIGAN, and
MICHIGAN DEPARTMENT OF NATURAL    No. 1:20-cv-01142-JTN-RSK
RESOURCES,

      Plaintiffs,

v.

ENBRIDGE ENERGY, LIMITED    HON. JANET T. NEFF
PARTNERSHIP; ENBRIDGE ENERGY
COMPANY, INC.; and ENBRIDGE
ENERGY PARTNERS, L.P.,

      Defendants.

---

**PROOF OF SERVICE**

On March 30, 2021, I caused to be sent via email to the parties listed below a copy of

Motion For Leave To File Instanter The Amicus Curiae Brief Of The Great Lakes Business

Network And Great Lakes Environmental Organizations In Support Of Plaintiff's Motion To

Remand and, Exhibit 1, Amicus Curiae Brief Of The Great Lakes Business Network And Great

Lakes Environmental Organizations In Support Of Plaintiff's Motion To Remand.  The parties

have agreed to accept service by e-mail and that service via first-class mail is not necessary here.


Robert P. Reichel (P31878)
Daniel P. Bock (P71246)
Assistant Attorneys General
Attorneys for Plaintiffs
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
reichelb@michigan.gov
bockd@michigan.gov

Peter H. Ellsworth (P23657)
Jeffery V. Stuckey (P34648)
Dickinson Wright PLLC
Attorneys for Defendants
123 w. Allegan St., Ste 900
Lansing, MI 48933
(517) 371-1730
pellsworth@dickinsonwright.com
jstuckey@dickinsonwright.com

Phillip J. DeRosier (P55595)  
Dickinson Wright PLLC  
Attorney for Defendants  
500 Woodward Avenue  
Suite 4000  
Detroit, MI 48226  
(313) 223-3866  
pderosier@dickinsonwright.com

John J. Bursch (P57679)  
Bursch Law PLLC  
Attorney for Defendants  
9339 Cherry Valley Ave., SE, #78  
Caledonia, MI 49316  
(616) 450-4235  
jbursch@burschlaw.com

David H. Coburn  
William T. Hassler  
Alice Loughran  
Joshua Runyan  
Steptoe & Johnson LLP  
Attorneys for Defendants  
1330 Connecticut Avenue, N.W.  
Washington, D.C. 20036  
(202) 429-3000  
dcoburn@steptoe.com  
whassler@steptoe.com  
aloughran@steptoe.com  
jrunyan@steptoe.com

I declare that the statements above are true to the best of my information, knowledge, and belief.

March 30, 2021

Respectfully submitted,

 _/s/ Margrethe Kearney _
Margrethe Kearney (P80402)  
Environmental Law & Policy Center  
116 Somerset Dr. NE  
Grand Rapids, MI 49503  
T: (773) 726-8701  
F: (312) 795-3730  
mkearney@elpc.org