UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE STATE OF MICHIGAN, GOVERNOR OF THE STATE OF MICHIGAN, and MICHIGAN DEPARTMENT OF NATURAL RESOURCES, <br><br> Plaintiff, <br><br> v. <br><br> ENBRIDGE ENERGY, LIMITED PARTNERSHIP; ENBRIDGE ENERGY COMPANY, INC.; and ENBRIDGE ENERGY PARTNERS, L.P., <br><br> Defendants. | No. 1:20-cv-01142-JTN-RSK <br><br><br> HON. JANET T. NEFF |

## PROOF OF SERVICE

On March 30, 2021, I caused to be sent via email to the parties listed below a copy of the Motion For Leave To File *Instanter* The *Amicus Curiae* Brief of Bay Mills Indian Community, Grand Traverse Band of Ottawa and Chippewa Indians, Little Traverse Bay Bands of Odawa Indians, and Nottawaseppi Huron Band of Potawatomi in Support of Plaintiffs' Motion to Remand. The above-referenced brief of *Amicus Curiae* was served with the Motion. The parties have agreed to accept service by email and that service via first-class mail is not necessary here.

| | |
|---|---|
| Robert P. Reichel (P31878) <br> Daniel P. Bock (P71246) <br> Assistant Attorneys General <br> Attorney for Plaintiffs <br> ENVIRONMENT, NATURAL RESOURCES, AND AGRICULTURE DIVISION <br> P.O. Box 30755 <br> Lansing, MI 48909 <br> (517) 335-7664 <br> reichelb@michigan.gov <br> bockd@michigan.gov | Peter H. Ellsworth (P23657) <br> Jeffery V. Stuckey (P34648) <br> DICKINSON WRIGHT PLLC <br> Attorneys for Defendants <br> 123 W. Allegan St., Ste 900 <br> Lansing, MI 48933 <br> (517) 371-1730 <br> pellsworth@dickinsonwright.com <br> jstuckey@dickinsonwright.com |

| | |
|---|---|
| Phillip J. DeRosier (P55595)<br>DICKINSON WRIGHT PLLC<br>Attorneys for Defendants<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, MI 48226<br>(313) 223-3866<br>pderosier@dickinsonwright.com<br><br>John J. Bursch (P57679)<br>BURSCH LAW PLLC<br>Attorney for Defendants<br>9339 Cherry Valley Ave., SE, #78<br>Caledonia, MI 49316<br>(616) 450-4235<br>jbursch@burschlaw.com | David H. Coburn<br>William T. Hassler<br>Alice Loughran<br>Joshua Runyan<br>STEPTOE & JOHNSON LLP<br>Attorneys for Defendants<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 429-3000<br>dcoburn@steptoe.com<br>whassler@steptoe.com<br>aloughran@steptoe.com<br>jrunyan@steptoe.com |

I declare under the penalty of perjury that the statements above are true and correct to the best of my information.

March 30, 2021

Respectfully submitted,

/s/ Christopher R. Clark
Christopher R. Clark
EARTHJUSTICE
311 S. Wacker Drive, Suite 1400
Chicago, IL 60606
(773) 841-8981
cclark@earthjustice.org

*Counsel for Bay Mills Indian Community*