UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE STATE OF MICHIGAN, GOVERNOR OF
THE STATE OF MICHIGAN, and MICHIGAN
DEPARTMENT OF NATURAL RESOURCES,

    No. 1:20-cv-01142-JTN-RSK

    Plaintiffs,

    HON. JANET T. NEFF

    v.

ENBRIDGE ENERGY, LIMITED PARTNERSHIP,
ENBRIDGE ENERGY COMPANY, INC., and
ENBRIDGE ENERGY PARTNERS, L.P.,

    Defendants.

## PROOF OF SERVICE

On May 11, 2021, I caused to be sent via email to the parties listed below a copy of the Amicus Curiae Brief of the Government of Canada in Support of Defendants.  The parties have agreed to accept service by e-mail and that service via first-class mail is not necessary here.

| | |
|---|---|
| Robert P. Reichel (P31878)<br>Daniel P. Bock (P71246)<br>Assistant Attorneys General<br>Attorneys for Plaintiffs<br>Environment, Natural Resources, and<br>Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br>reichelb@michigan.gov<br>bockd@michigan.gov | Peter H. Ellsworth (P23657)<br>Jeffery V. Stuckey (P34648)<br>Dickinson Wright PLLC<br>Attorneys for Defendants<br>123 W. Allegan St., Ste 900<br>Lansing, MI 48933<br>(517) 371-1730<br>pellsworth@dickinsonwright.com<br>jstuckey@dickinsonwright.com |

| | |
|---|---|
| Phillip J. DeRosier (P55595)<br>Dickinson Wright PLLC<br>Attorney for Defendants<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, MI 48226<br>(313) 223-3866<br>pderosier@dickinsonwright.com | John J. Bursch (P57679)<br>Bursch Law PLLC<br>Attorney for Defendants<br>9339 Cherry Valley Ave., SE, #78<br>Caledonia, MI 49316<br>(616) 450-4235<br>jbursch@burschlaw.com |
| David H. Coburn<br>William T. Hassler<br>Alice Loughran<br>Joshua Runyan<br>Steptoe & Johnson LLP<br>Attorneys for Defendants<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 429-3000<br>dcoburn@steptoe.com<br>whassler@steptoe.com<br>aloughran@steptoe.com<br>jrunyan@steptoe.com | Matthew D. Harper<br>Eastman & Smith Ltd.<br>Attorney for Amicus<br>One SeaGate, 24th Fl.<br>P.O. Box 10032<br>Toledo, OH 43699<br>mdharper@eastmansmith.com |
| Christopher Robert Clark<br>Earthjustice (IL)<br>Attorney for Amicus<br>311 S. Wacker Dr., Ste. 1400<br>Chicago, IL 60606<br>(773) 841-8981<br>cclark@earthjustice.org | Leigh Currie<br>Minnesota Office of the Attorney General<br>Attorney for Amicus<br>445 Minnesota St., Ste. 1400<br>Saint Paul, MN 55101<br>(651) 757-1291<br>leigh.currie@ag.state.mn.us |
| Margrethe K. Kearney<br>Environmental Law and Policy Center<br>Attorney for Amicus<br>116 Somerset Dr. NE<br>Grand Rapids, MI 49503<br>(231) 795-3730<br>mkearney@elpc.org | |

I declare that the statements above are true to the best of my information, knowledge and belief.

May 11, 2021                                                                 Respectfully submitted,

                                                      /s/ Gordon D. Giffin
**Dentons US LLP**
1900 K Street NW, Ste. 100
Washington D.C. 20006
(404) 527-4020
gordon.giffin@dentons.com