UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE STATE OF MICHIGAN, GOVERNOR OF THE STATE OF MICHIGAN, and MICHIGAN DEPARTMENT OF NATURAL RESOURCES,<br><br>Plaintiffs,<br>v.<br><br>ENBRIDGE ENERGY, LIMITED PARTNERSHIP; ENBRIDGE ENERGY COMPANY, INC.; and ENBRIDGE ENERGY PARTNERS, L.P.,<br><br>Defendants. | Case No. 1:20-cv-01142-JTN-RSK<br><br>Hon. Janet Neff<br><br>Magistrate Judge Ray Kent<br><br>***PROOF OF SERVICE OF CHAMBERS' AMICI CURIAE BRIEF IN SUPPORT OF DEFENDANTS*** |

RIVENOAK LAW GROUP, P.C.
Valerie J.M. Brader (P66401)
Catherine T. Dobrowitsky (P63245)
3331 W. Big Beaver Rd., Suite 109
Troy, MI 48084
(248) 677-1045
ECF@rivenoaklaw.com
*Attorneys for the Canadian Chamber of Commerce, the Chamber of Commerce of the United States of America, the Michigan Chamber of Commerce, the Ohio Chamber of Commerce, and the Wisconsin Manufacturers & Commerce, Inc.*

**PROOF OF SERVICE**

On May 11, 2021, I caused to be sent via email to the parties listed below a copy of the Amicus Curiae Brief of the Canadian Chamber of Commerce, the Chamber of Commerce of the United States of America, the Michigan Chamber of Commerce, the Ohio Chamber of Commerce, and the Wisconsin Manufacturers & Commerce, Inc. (the "Chambers") in Support of Defendants. The parties have agreed to accept service by e-mail and that service via first-class mail is not necessary here. I certify that these statements are true to the best of my information, knowledge and belief.

May 11, 2021

Respectfully submitted,

/s/Valerie J. M. Brader
RIVENOAK LAW GROUP, P.C.
Attorneys for Amici Curiae, the Chambers
3331 W. Big Beaver Rd., Ste. 109
Troy, MI  48084
(248) 677-1045
ECF@rivenoaklaw.com
P66401

Robert P. Reichel (P31878)
Daniel P. Bock (P71246)
Assistant Attorneys General
Attorneys for Plaintiffs
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
reichelb@michigan.gov
bockd@michigan.gov

Peter H. Ellsworth (P23657)
Jeffery V. Stuckey (P34648)
Dickinson Wright PLLC
Attorneys for Defendants
123 W. Allegan St., Ste 900
Lansing, MI 48933
(517) 371-1730
pellsworth@dickinsonwright.com
jstuckey@dickinsonwright.com

2

Phillip J. DeRosier (P55595)
Dickinson Wright PLLC
Attorney for Defendants
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
(313) 223-3866
pderosier@dickinsonwright.com

David H. Coburn
William T. Hassler
Alice Loughran
Joshua Runyan
Steptoe & Johnson LLP
Attorneys for Defendants
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000
dcoburn@steptoe.com
whassler@steptoe.com
aloughran@steptoe.com
jrunyan@steptoe.com

Christopher Robert Clark
Earthjustice (IL)
Attorney for Amicus
311 S. Wacker Dr., Ste. 1400
 Chicago, IL 60606
(773) 841-8981
cclark@earthjustice.org

Margrethe K. Kearney
Environmental Law and Policy Center
Attorney for Amicus
116 Somerset Dr. NE
Grand Rapids, MI 49503
(231) 795-3730
mkearney@elpc.org

John J. Bursch (P57679)
Attorney for Defendants
Bursch Law PLLC
9339 Cherry Valley Ave., SE, #78
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

Matthew D. Harper
 Eastman & Smith Ltd.
 Attorney for Amicus
 One SeaGate, 24th Fl.
 P.O. Box 10032
 Toledo, OH 43699
 mdharper@eastmansmith.com

Leigh Currie
Minnesota Office of the Attorney General Attorney for Amicus
445 Minnesota St., Ste. 1400
Saint Paul, MN 55101
(651) 757-1291
leigh.currie@ag.state.mn.us

Gordon D. Giffin
Government of Canada
Attorney for Amicus
Dentons US LLP
1900 K Street NW, Ste. 100 Washington D.C. 20006 (404) 527-4020
gordon.giffin@dentons.com