# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| THE STATE OF MICHIGAN, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | Case No. 1:20-cv-01142-JYN-RSK |
| ) | |
| v. ) | Hon. Janet T. Neff |
| ) | |
| ENBRIDGE ENERGY, LIMITED ) | |
| PARTNERSHIP, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| _____ ) | |

## PROOF OF SERVICE

I certify that on May 11, 2021, I served the Joint Amicus Brief of North America's Building Trades Unions and the United Steelworkers of America, AFL-CIO in Support of Enbridge Energy's Opposition to Plaintiffs' Motion to Remand by email on the parties listed below.

*Attorneys for Plaintiffs:*
  Robert P. Reichel
  Daniel P. Bock
  reichelb@michigan.gov
  bockd@michigan.gov

*Attorneys for Defendants:*
  Peter H. Ellsworth
  Jeffery V. Stuckey
  pellsworth@dickinsonwright.com
  jstuckey@dickinsonwright.com

  Phillip J. DeRosier
  pderosier@dickinsonwright.com

  John J. Bursch
  jbursch@burschlaw.com

    David H. Coburn
    William T. Hassler
    Alice Loughran
    Joshua Runyan
    dcoburn@steptoe.com
    whassler@steptoe.com
    aloughran@steptoe.com
    jrunyan@steptoe.com

*Attorney for Amicus* The Great Lakes Business Network And Great Lakes Environmental Organizations
    Margrethe Kearney
    mkearney@elpc.org

*Counsel for Bay Mills Indian Community*
    Christopher R. Clark
    cclark@earthjustice.org

*Attorneys for Amicus Ohio and Louisiana*
    Matthew Harper
    mdharper@eastmansmith.com

    Aaron Farmer
    aaron.farmer@ohioattorneygeneral.gov

    Matthew Meyer
    matthew.meyer@ohioattorneygeneral.gov

    Gregg Bachmann
    gregg.bachmann@ohioattorneygeneral.gov

    Elizabeth Murrill
    MurrillE@ag.louisiana.gov

*Attorneys for Amicus Bay Mills Indian Community*
    Christopher R. Clark
    cclark@earthjustice.org

*Attorneys for Amici* State Attorneys General and Governors
    Leigh Currie
    leigh.currie@ag.state.mn.us

*Attorney for the Great Lakes Business Network*
    Margrethe Kearney
    MKearney@elpc.org

*Attorney for the Government of Canada*
    Gordon D. Giffin
        gordon.giffin@dentons.com

                Respectfully submitted,

                MCKNIGHT, CANZANO, SMITH,
                RADTKE & BRAULT, P.C

                */s/ John R. Canzano*

                John R. Canzano
                423 N. Main, Suite 200
                Royal Oak, MI 48067
                248/354-9650
                jcanzano@michworkerlaw.com

                *Attorney for North America's Building Trades Unions*