UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE STATE OF MICHIGAN, GOVERNOR OF
THE STATE OF MICHIGAN, and MICHIGAN
DEPARTMENT OF NATURAL RESOURCES,

    Plaintiffs,

v

ENBRIDGE ENERGY, LIMITED PARTNERSHIP,
ENBRIDGE ENERGY COMPANY, INC., and
ENBRIDGE ENERGY PARTNERS, L.P.,

    Defendants.

No. 1:20-cv-01142-JTN-RSK

HON. JANET T. NEFF

**PLAINTIFFS' MOTION TO REMAND**

---

Robert P. Reichel (P31878)
Daniel P. Bock (P71246)
Assistant Attorneys General
Attorneys for Plaintiffs
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
reichelb@michigan.gov
bockd@michigan.gov

Peter H. Ellsworth (P23657)
Jeffery V. Stuckey (P34648)
Attorneys for Defendants
Dickinson Wright PLLC
123 W. Allegan Street, Suite 900
Lansing, MI 48933
(517) 371-1730
pellsworth@dickinsonwright.com
jstuckey@dickinsonwright.com

---

Phillip J. DeRosier (P55595)
Attorney for Defendants
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3866
pderosier@dickinsonwright.com

John J. Bursch (P57679)
Attorney for Defendants
Bursch Law PLLC
9339 Cherry Valley Ave., SE, #78
Caledonia, MI 49316
(616) 450-4235
jbursch@burschlaw.com

David H. Coburn
William T. Hassler
Alice Loughran
Joshua Runyan
Attorneys for Defendants
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036
(202) 429-3000
dcoburn@steptoe.com
whassler@steptoe.com
aloughran@steptoe.com
jrunyan@steptoe.com

## PLAINTIFFS' MOTION TO REMAND

Dana Nessel
Attorney General

Robert P. Reichel (P31878)
Daniel P. Bock (P71246)
Assistant Attorneys General
Attorneys for Plaintiffs
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
reichelb@michigan.gov
bockd@michigan.gov

Dated:  March 16, 2021

**PLAINTIFFS' MOTION TO REMAND**

The Plaintiffs, the State of Michigan, Governor of the State of Michigan, and Michigan Department of Natural Resources (collectively "the State"), by and through their attorneys, Dana Nessel, Attorney General of the State of Michigan, and Robert P. Reichel and Daniel P. Bock, Assistant Attorneys General, bring this motion for remand pursuant to 28 U.S.C. §1447(c) on the grounds that this Court lacks subject matter jurisdiction.  For the reasons set forth in the accompanying brief in support, the Plaintiffs respectfully request that the Court remand this matter to the State of Michigan 30th Circuit Court for the County of Ingham.

Respectfully submitted,

Dana Nessel
Attorney General

/s/ *Robert P. Reichel*
Robert P. Reichel (P31878)
Daniel P. Bock (P71246)
Assistant Attorneys General
Attorneys for Plaintiffs
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
reichelb@michigan.gov
bockd@michigan.gov

Dated:  March 16, 2021

LF:  Enbridge Straits (Dec & Inj Relief)(GOV)(DNR)WD/AG# 2020-0304222-B-L/Motion to Remand 2021-03-16