# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

|  |  |
|---|---|
| THE STATE OF MICHIGAN, GOVERNOR OF THE STATE OF MICHIGAN, and MICHIGAN DEPARTMENT OF NATURAL RESOURCES,<br><br>               Plaintiffs,<br><br>           v.<br><br>ENBRIDGE ENERGY, LIMITED PARTNERSHIP, ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY PARTNERS, L.P,<br><br>               Defendants. | Case No.  1:20-cv-01142-JTN-RSK<br><br>Hon. Janet T. Neff |

**DECLARATION OF DAVID STAFFORD IN SUPPORT OF DEFENDANTS'
RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

I, David Stafford, hereby declare the following:

**Background and Qualifications**

1.     I am currently employed by Enbridge Energy as Manager of U.S. Pipeline Compliance in Superior, Wisconsin.  I have held this position for more than six years.  I have worked at Enbridge since 2006.

2.     As part of my job responsibilities, I am responsible for Enbridge's regulatory compliance with the laws and regulations administered by the Pipeline and Hazardous Materials Safety Administration ("PHMSA").  I am also the primary contact at the regional level between Enbridge and PHMSA.  I have managed this relationship for more than a decade, beginning in 2009.  I have had extensive interactions with PHMSA during my tenure, including

integrated audits and construction inspections, incident management, enforcement actions, accident and annual report, and other regulatory matters.

3.   The facts set forth herein are from my own personal knowledge or from my review of business records kept in the ordinary course of business by Enbridge.

### Establishment of the Lakehead Plan

4.   On July 30, 2012, PHMSA, Office of Pipeline Safety, issued a Corrective Action Order, CPF 3-2012-5017, to Enbridge Energy, LP.  The Corrective Action Order was issued in response to a product discharge in Wisconsin on Enbridge Line 14.

5.   On August 1, 2012, PMHSA amended the Corrective Action Order, directing Enbridge to take actions relative to pipelines located in the U.S. that are collectively known as "the Lakehead System," which includes Enbridge's Line 5 pipeline.

6.   Among other things, the Corrective Action Order required Enbridge to submit for PHMSA's review and approval a "comprehensive written plan" for identifying and establishing safety standards for the Lakehead System that were necessary "to protect the public and the environment."  Under this written plan, Enbridge was required to address twelve safety initiatives pertaining to pipeline operations and maintenance, namely:

   a.   Organizational issues, safety culture and safety management system;
   b.   Facilities response plan;
   c.   Control room management;
   d.   Priorities for pipe replacement;
   e.   Training;
   f.   In-line inspection result interpretation;
   g.   Current engineering and probability of failure modeling;
   h.   Leak detection systems;
   i.   Sensor and flow measuring and valve replacement;
   j.   Integrity verification;
   k.   Quality management system; and
   l.   Other safety improvements.

7.     The safety standards established under the written plan were, as recognized in the Corrective Action Order, "in addition to"—and, indeed, substantially exceeded—safety standards established by PHMSA under 49 C.F.R. Parts 194-195 that apply to all pipeline operators.

8.     On August 3, 2012, Enbridge submitted a detailed written plan—the Lakehead Plan—to establish a framework for identifying and establishing additional safety standards specific to the Lakehead System.

9.     On August 6, 2012, Enbridge and PHMSA signed a Consent Agreement and Order establishing the process by which Enbridge was, on behalf of PHMSA, to identify and establish additional safety standards specific to the Lakehead System.

**Enbridge's Development of Additional Safety Standards Under the Lakehead Plan**

10.    From 2012 to 2016, Enbridge developed safety standards for the Lakehead System (including Line 5) pursuant to the Lakehead Plan.

11.    Throughout the implementation of the Lakehead Plan, Enbridge submitted reports to PHMSA on its progress in developing safety standards for the Lakehead System until the closure of the Consent Agreement and Order in 2016.

12.    Enbridge chose and retained an independent third-party expert to assess Enbridge's proposals and make recommendations to PHMSA on the adequacy of the safety standards prescribed under the Lakehead Plan.  Enbridge retained "DNV GL" to serve as its independent third-party expert.

13.    On January 30, 2015, PHMSA communicated its acceptance of Enbridge's additional safety standards prescribed under the Lakehead System that were designed to address the following five safety initiatives: sensor and flow measuring and valve replacement;

facilities response plan; control room management; training; leak detection systems; and sensor and flow measuring and valve replacement.

14.     On January 15, 2016, PHMSA communicated its acceptance of Enbridge's additional safety standards prescribed under the Lakehead System that were designed to address the remaining seven safety initiatives:   in-line inspection result interpretation; current engineering and probability of failure modeling; safety management systems; priorities for pipe replacement; in-line inspection result interpretation, current engineering and probability of failure modeling; integrity verification; quality management systems; and other safety improvements.

15.     On July 20, 2016, upon accepting the additional safety standards identified and implemented by Enbridge under the Lakehead Plan, PHMSA terminated the 2012 Consent Agreement and Order subject to PHMSA's continued monitoring and involvement in Enbridge's ongoing implementation of the additional safety standards prescribed by the Lakehead Plan.

### Safety Standards Prescribed by the Lakehead Plan

16.     The additional safety standards under the Lakehead Plan provide a detailed and comprehensive framework to advance the safe operation of the Lakehead System through application of sound engineering principles.

17.     ***Integrity Management***:   Four of the safety initiatives advanced by Enbridge under the Lakehead Plan address "Integrity Management" of the Lakehead System.   Integrity Management establishes a process for performing inspections and assessments of pipelines in locations where a pipeline leak or failure could have significant adverse consequences.

This includes improving operator management, analysis, and operational processes to identify and manage risks that may adversely affect pipeline safety.

    a.  The Integrity Management safety standards developed by Enbridge under the Lakehead Plan were specifically designed to improve Enbridge's understanding of how uncertainties associated with pipeline inspection programs and other risk mitigation options affect probability of failure of its pipelines and their operational risk.   The additional safety standards also ensured that failure probability of Enbridge's pipelines is addressed in risk mitigation decision-making processes concerning maintenance and operation of the pipelines, and that Enbridge's integrity programs achieve acceptable risk levels.

    b.  In order to provide assurance of the near-term safety of the Lakehead System against crack-related pipe failures, Enbridge committed under the Lakehead Plan to either: (i) repairing all crack features on the Lakehead System with a predicted burst pressure less than 1.39 of the maximum operating pressure; or (ii) preparing an engineering assessment for each line segment that provides technical justification for a safety factor other than 1.39.

    c.  To address uncertainties associated with crack in-line inspection tools, Enbridge developed and validated comprehensive analyses of the sizing accuracy and uncertainty (e.g., probability of detection and identification) associated with crack in-line inspection tools for all crack related defects along a seam weld and cracks along seam weld associated with interacting features.

    d.  To address estimation of probability of failure of its pipeline, Enbridge developed and validated a process to address all sources of uncertainty in its estimates of failure

resulting from pipelines containing cracks and pipelines containing interacting features.   The process included the identification of the principal sources of uncertainty regarding pipeline failure risk, justification for the use of risk parameters, and a means of addressing the potential for missed defects or large sizing errors.

e.  Following the development and validation of the failure probability process described above, Enbridge completed the implementation of a Pipeline Integrity Threat Management Process that was specifically designed to: (i) integrate a process for estimation of probability of failure of a pipeline; (ii) include a method for determination of the remaining life of pipelines with interacting features; (iii) include a comprehensive risk model that incorporates the assessment of all threats and consequences that allows for an assessment of overall risk to the pipeline and risk reduction effectiveness of mitigation measures; (iv) include a method for the selection of risk mitigation measures that takes into account the effectiveness gained from multiple measures; and (v) include a method for determining re-inspection intervals, taking into account uncertainty in in-line inspection data in the determination of input values to crack growth rates.

f.  Until the Pipeline Integrity Threat Management Process described above was implemented, Enbridge also developed and executed a hydrostatic testing program on high risk pipeline segments, which concerned pressurizing certain pipeline segments with water to test their integrity at heightened pressures well above normal operating pressures.

    g. All such Integrity Management safety standards prescribed by the Lakehead Plan far exceeded the minimum safety standards applicable to all pipeline operators under 49 C.F.R. § 195.452.

18.   ***Leak Detection System***. The leak detection safety standards prescribed by the Lakehead Plan were designed to increase Enbridge's ability to identify a potential leak, thereby avoiding and/or mitigating the consequences of a release. Enbridge's actions under the Lakehead Plan involved the creation, execution, and implementation of safety standards to significantly improve Enbridge's leak detection capabilities, including through instrumentation and program enhancements, analytical capabilities, and decision support tools that improve the performance of both the leak detection system and control center operators. Specific leak detection safety standards prescribed by the Lakehead Plan include but are not limited to the following:

    a. The development of processes and procedures focused on the on-going management of critical leak detection equipment, including a demonstration of pipeline leak detection critical equipment lists and how they are synchronized to the Enbridge leak detection system to accurately trigger release alarms and reduce false alarm rates.

    b. The improvement of leak detection instrumentation on the Lakehead System. This included the addition of flow meters, pressure sensors, and temperature sensors across the Lakehead System to improve the sensitivity and reliability of the overall leak detection system.

    c. The assessment of leak detection performance against established leak detection sensitivity targets that cover abnormal operating conditions and leak conditions. Such

conditions address, for example, pipeline startup and shutdown during which a leak may be more difficult to identify.

d.  An assessment and testing of leak detection technologies to evaluate whether they would, if added to the existing leak detection system, result in improved leak detection performance.  Evaluated technologies included: a complementary Computational Pipeline Monitoring system; acoustic pressure wave leak detection system; acoustic in-line inspection tools; external leak detection sensor technology; and aerial-based leak detection.  Upon successful testing of some technologies, Enbridge assessed their suitability to actual pipeline operations through pilot trials and incorporated technologies, as appropriate, on its Lakehead System.

e.  The establishment of dynamic alarm thresholds on all leak detection systems to minimize false alarms during transient conditions and to tighten leak sensitivity thresholds during normal or steady state operating conditions.  The leak sensitivity thresholds allow Enbridge to accurately identify a percentage decrease in pressure or flow volume that may be indictive of a release.

f.  Development and implementation of measures to improve controller decision support systems to identify and respond to potential leak conditions, including developing tools to support the analysis of abnormal conditions and column separation.

g.  All such leak detection safety standards prescribed by the Lakehead Plan far exceeded the minimum safety standards applicable to all pipeline operators under 49 C.F.R. § 195.444.

19. *Control Room Management*.  The control room management safety standards prescribed by the Lakehead Plan were designed to improve the effectiveness and safe control of its

pipeline operations by control room staff during normal and abnormal operating conditions, thereby ensuring the immediate shutdown of a pipeline during potential leak scenarios.  Specific control room management safety standards prescribed by the Lakehead Plan include but are not limited to the following:

a. Enbridge modified its control room management processes and procedures to clearly define the roles, responsibilities, and authority of control room staff, including the controller, senior technical advisor, shift supervisor, technical support staff, and leak detection analyst.  The processes and procedures delineate the bounds of authority of each role within the control room, thereby ensuring that qualified personnel are engaged in appropriately responding to operational issues, such as leak alarms, and that non-qualified personnel are prohibited from doing so.

b. Procedures have been developed and implemented that specify how control room staff are to identify, analyze, troubleshoot, and respond to abnormal operating conditions that may or may not be indicative of a pipeline release, including column separation, unintended line blockage, power failure, and communication outages.

c. The control room systems and procedures were enhanced to manage operational alarms to ensure that controllers have accurate, prioritized information about the operating condition of the pipeline, thereby allowing controllers to appropriately respond to abnormal scenarios including a rupture or very small pipeline leak.

d. Revised procedures specify control room staff authority and mandatory processes to shut down a pipeline during abnormal or emergency conditions.

e. Fatigue mitigation measures have been established address controller risk factors, fatigue management policies, and training and awareness fatigue management.  Such

measures include designating maximum shift lengths, inclusive of commute times,
breaks, and shift changes to prevent human errors that may result from fatigue and
hinder a controller's ability to properly respond to pipeline operational issues.

    f.  All such control room management safety standards prescribed by the Lakehead Plan
far exceeded the minimum safety standards applicable to all pipeline operators under
49 C.F.R. § 195.446.

20.    Additional safety standards not described above were also established by the Lakehead
Plan addressing safety management systems, valve placement, damage prevention, and
public awareness.  Such safety standards meet or exceed minimum safety standards
applicable to all pipeline operators under 49 C.F.R. Part 195.

21.    PHMSA accepted Enbridge's safety standards described above.

22.    To date, PHMSA continues to audit Enbridge's compliance with safety standards,
including those prescribed by the Lakehead Plan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true
and accurate.

Executed on this 26th day of April, 2021,

David Stafford