## **TABLE OF EXHIBITS**

| Exhibit | Title | No. of Pages |
|---|---|---|
| A | Excerpt of PUBLIC SECTOR CONSULTANTS, PREPARED FOR MICH. DEP'T OF ENV'T, GREAT LAKES AND ENERGY AND MICH. PUB. SERV. COMM'N, ANALYSIS OF PROPANE SUPPLY ALTERNATIVES FOR MICH. (March 2020) | 16 |
| B | Excerpt of INTEK, INC., OFF. OF ENERGY POL'Y & SYS. ANALYSIS, U.S. DEP'T OF ENERGY, U.S. FUEL RESILIENCY: VOLUME III U.S. FUELS SUPPLY INFRASTRUCTURE VULNERABILITY AND RESILIENCE (2014) | 15 |
| C | Excerpt of MICH. PUB. SERV. COMM'N, MICH. PETROLEUM SHORTAGE RESPONSE PLAN (2013) | 7 |
| D | Excerpts of MICH. PUB. SERV. COMM'N, MICHIGAN STATEWIDE ENERGY ASSESSMENT (2019) | 14 |
| E | Excerpt of WARREN WILCZEWSKI, U.S. ENERGY INFORMATION ADMIN. PRESENTATION TO UPPER PENINSULA ENERGY TASK FORCE, PROPANE MARKET FUNDAMENTALS, (Nov. 13, 2019) | 10 |
| F | Wis. Exec. Order No. 268 (December 28, 2017) | 3 |
| G | Excerpt of DYNAMIC RISK ASSESSMENT SYSTEMS, INC. FOR THE STATE OF MICH., ALTERNATIVES ANALYSIS FOR THE STRAITS PIPELINES, FINAL REPORT (2017) | 4 |
| H | Excerpt of U.S. GOVERNMENT ACCOUNTABILITY OFFICE, OIL AND GAS TRANSP., DEPARTMENT OF TRANSPORTATION IS TAKING ACTIONS TO ADDRESS RAIL SAFETY, BUT ADDITIONAL ACTIONS ARE NEEDED TO IMPROVE PIPELINE SAFETY, GAO-14-667 (August 2014) | 17 |
| I | Wis. Exec. Order No. 197 (May 6, 2016) | 3 |
| J | INTERNAL REVENUE SERVICE NOTICE 2017-30, TEMPORARY RELIEF FOR FUEL REMOVALS DUE TO ENERGY EMERGENCIES RESULTING FROM WEST SHORE PIPELINE SHUTDOWN | 9 |
| K | Mich. Exec. Order No. 2016-10 (May 24, 2016) | 4 |

| L | U.S. Dep't of Transp., Federal Motor Carrier and Safety Admin., Extension of the State Declaration Notice under 49 C.F.R. § 390.25 (June 13, 2016) | 3 |
|---|---|---|
| M | U.S. Dep't of Transp., Federal Motor Carrier and Safety Admin., Extension of the State Declaration Notice under 49 C.F.R. § 390.25 (July 12, 2016) | 3 |
| N | Tenn. Exec. Order No. 56 (Sept. 16, 2016) | 3 |
| O | Excerpt of Ruth Horton, National Ass'n of State Energy Offices, Integrating Alternative Fuel Vehicles into Emergency Plans: A Toolkit for Tennessee | 9 |
| P | Report of the Special Committee on the Economic Relationship between Canada and the United States; Published under the authority of the Speaker of the House of Commons, Enbridge's Line 5: An Interim Report; Relationship between Canada and the United States (Apr. 2021; 43rd Parliament, 2nd Session) | 20 |
| Q | Excerpt of Third Agreement between the State of Michigan et al. and Enbridge Energy, L.P. et al. (Dec. 18, 2018) | 6 |
| R | Excerpt of Tunnel Agreement (Dec. 18, 2018) | 7 |
|   | *Total Pages* | *153* |