# Exhibit E

# Propane Market Fundamentals








*For*
*Upper Peninsula Energy Task Force*
*November 13, 2019 | Escanaba, Michigan*

*By*
*Warren Wilczewski, Industry Economist*

U.S. Energy Information Administration  *Independent Statistics & Analysis* | www.eia.gov

## EIA mission: independent statistics and analysis

- EIA was created by the U.S. Congress in 1977

- EIA collects, analyzes, and disseminates independent and impartial energy information to promote sound policymaking, efficient markets, and public understanding of energy and its interaction with the economy and the environment

- EIA is the Nation's premier source of energy information and, by law, its data, analyses, and forecasts are independent of approval by any other officer or employee of the U.S. Government

- EIA does not propose or advocate any policy positions



*Warren Wilczewski | Upper Peninsula Energy Task Force*
*November 13, 2019 | Escanaba, Michigan*

2

## Overview

- Propane infrastructure continues to evolve as exports become the main driver of demand
- After a "golden-age," rail movements of hydrocarbon gas liquids (HGL) are declining as new pipelines come online
- Producers continuously seek to maximize "net-back value" – the net return to the producer after accounting for processing and shipping
- Midwest demand is driven my residential/commercial and agricultural demand
- Imports from Canada play an outsized role in how the Midwest market is supplied



*Warren Wilczewski | Upper Peninsula Energy Task Force*
*November 13, 2019 | Escanaba, Michigan*

3

. . .





# EIA's weekly residential will-call propane price data for Midwest states shows a major anomaly in the 2013/14 winter

Source: U.S. Energy Information Administration, Heating Oil and Propane Update; EIA, Weekly Mont Belvieu, TX Propane Spot Price FOB

## Most of the year, U.P. wholesale propane prices are sufficiently high to pull rail cargos from Edmonton; capacity may act as a constraint

propane spot prices
dollars per gallon

propane price spread
dollars per gallon

- Rapid River, MI
- Edmonton, AB
- Edmonton to Conway spread (RS)
- approx. AB-U.P. MI rail (RS)

*Source: EIA, Bloomberg, data through November 11, 2019*

*Warren Wilczewski | Upper Peninsula Energy Task Force*
*November 13, 2019 | Escanaba, Michigan*

15

. . .

# For more information

U.S. Energy Information Administration home page | www.eia.gov

State Energy Data Portal | www.eia.gov/state

Winter Heating Fuels Site | www.eia.gov/special/heatingfuels/

Movements of Propane by Rail |
http://www.eia.gov/dnav/pet/pet_move_railNA_a_EPLLPA_RAIL_mbbl_m.htm

Today in Energy | www.eia.gov/todayinenergy

Short-Term Energy Outlook | www.eia.gov/steo

Energy Explained – Hydrocarbon Gas Liquids |
http://www.eia.gov/energyexplained/index.cfm?page=hgls_home

Annual Energy Outlook | www.eia.gov/aeo

International Energy Outlook | www.eia.gov/ieo

Monthly Energy Review | www.eia.gov/mer



*Warren Wilczewski | Upper Peninsula Energy Task Force*
*November 13, 2019 | Escanaba, Michigan*

29