# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____

Case No. 1:20-cv-1141

HON. JANET T. NEFF

STATE OF MICHIGAN, et al.,

    Plaintiffs,

v.

ENBRIDGE ENERGY, LIMITED
PARTNERHIP, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1142

HON. JANET T. NEFF

## JOINT NOTICE AND STATUS REPORT OF THE PARTIES

The parties submit this notice and status report to follow up on their July 8, 2021 Notice and Status Report [1:20-cv-1141, ECF No. 28 PageID.209-10; 1:20-cv-1142, ECF No. 57 PageID.877-78].

The meeting scheduled for August 11, 2021 was cancelled, but at the request of the mediator the parties are scheduled to meet on September 9, 2021.  The parties at present anticipate that the mediation could be completed by or about September 30, 2021.

Respectfully submitted,

| | |
|---|---|
| MICHIGAN DEP'T OF ATTORNEY GENERAL | DICKINSON WRIGHT PLLC |
| /s/ Robert P. Reichel (w/ permission)<br>By: _____<br>Robert P. Reichel (P31878)<br>Daniel P. Bock (P71246)<br>Assistant Attorneys General<br>Environment, Natural Resources,<br>  and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br><br>*Attorneys for State of Michigan Parties* | /s/ Peter H. Ellsworth<br>By: _____<br>Peter H. Ellsworth (P23657)<br>Jeffery V. Stuckey (P34648)<br>123 W. Allegan Street, Suite 900<br>Lansing, MI 48933<br>(517) 371-1730<br>pellsworth@dickinsonwright.com<br>jstuckey@dickinsonwright.com<br><br>Phillip J. DeRosier (P55595)<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3866<br>pderosier@dickinsonwright.com<br><br>John J. Bursch (P57679)<br>Bursch Law PLLC<br>9339 Cherry Valley Avenue SE, #78<br>Caledonia, MI 49316<br>(616) 450-4235<br>jbursch@burschlaw.com<br><br>STEPTOE & JOHNSON LLP<br>David H. Coburn<br>William T. Hassler<br>Alice Loughran<br>Joshua Runyan<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000<br>dcoburn@steptoe.com<br>whassler@steptoe.com<br>aloughran@steptoe.com<br>jrunyan@steptoe.com<br><br>*Attorneys for Enbridge Parties* |

Dated:  August 18, 2021