UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.

Case No. 1:20-cv-1141

HON. JANET T. NEFF

STATE OF MICHIGAN, et al.,

    Plaintiffs,

v.

ENBRIDGE ENERGY, LIMITED
PARTNERHIP, et al.,

    Defendants.

Case No. 1:20-cv-1142

HON. JANET T. NEFF

_____/

**JOINT NOTICE AND STATUS REPORT OF THE PARTIES**

    The parties submit this notice and status report to follow up on their August 18, 2021 Notice and Status Report (Case No. 1:20-cv-1141, ECF No. 29, PageID.211–212; Case No. 1:20-cv-1142, ECF No. 60, PageID.924–925.)

    The mediator and the parties met on September 9, 2021. The session was completed without a settlement.

Respectfully submitted,

| | |
|---|---|
| MICHIGAN DEP'T OF ATTORNEY GENERAL | DICKINSON WRIGHT PLLC |
| By: /s/ *Robert P. Reichel*<br>Robert P. Reichel (P31878)<br>Daniel P. Bock (P71246)<br>Assistant Attorneys General<br>Environment, Natural Resources,<br>  and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br><br>*Attorneys for State of Michigan Parties* | By: /s/ *Peter H. Ellsworth w/permission*<br>Peter H. Ellsworth (P23657)<br>Jeffery V. Stuckey (P34648)<br>123 W. Allegan Street, Suite 900<br>Lansing, MI 48933<br>(517) 371-1730<br>pellsworth@dickinsonwright.com<br>jstuckey@dickinsonwright.com<br><br>Phillip J. DeRosier (P55595)<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3866<br>pderosier@dickinsonwright.com<br><br>John J. Bursch (P57679)<br>Bursch Law PLLC<br>9339 Cherry Valley Avenue SE, #78<br>Caledonia, MI 49316<br>(616) 450-4235<br>jbursch@burschlaw.com<br><br>STEPTOE & JOHNSON LLP<br>David H. Coburn<br>William T. Hassler<br>Alice Loughran<br>Joshua Runyan<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000<br>dcoburn@steptoe.com<br>whassler@steptoe.com<br>aloughran@steptoe.com<br>jrunyan@steptoe.com<br><br>*Attorneys for Enbridge Parties* |

Dated: September 14, 2021

LF:  Enbridge Straits (Dec & Inj Relief)(GOV)(DNR)WD/AG# 2020-0304222-B-L/Joint Status Report 2021-09-14