UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENBRIDGE ENERGY, LIMITED PARTNERSHIP,

    Plaintiffs,

v

GRETCHEN WHITMER, et al.,

    Defendants.

Case No. 1:20-cv-1141

HON. JANET T. NEFF

_____/

STATE OF MICHIGAN, et al.,

    Plaintiffs,

v

ENBRIDGE ENERGY, LIMITED PARTNERSHIP, et al.,

    Defendants.

Case No. 1:20-cv-1142

HON. JANET T. NEFF

_____/

**CERTIFICATE OF COMPLIANCE WITH
LOCAL CIVIL RULE 7.1(D)**

Undersigned counsel for the State Parties certifies that on September 14, 2021, he contacted David Coburn and William Hassler, counsel for the Enbridge Parties to determine whether the Enbridge Parties would concur in the relief requested in the State Parties' Motion to Enforce Notice of Appointment of Facilitative Mediator but was not able to obtain concurrence.

2

          Respectfully submitted,

          Dana Nessel
          Attorney General

          /s/ *Robert P. Reichel*
          Robert P. Reichel (P31878)
          Daniel P. Bock (P71246)
          Assistant Attorneys General
          Attorneys for Plaintiffs
          Environment, Natural Resources, and
          Agriculture Division
          P.O. Box 30755
          Lansing, MI 48909
Dated: September 14, 2021          (517) 335-7664

LF:  Enbridge Straits (Dec & Inj Relief)(GOV)(DNR)WD/AG# 2020-0304222-B-L/Certificate of Compliance 2021-09-14

2