UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN, STATE OF, et al.,

       Plaintiffs,                      Case No. 1:20–cv–1142

v.                                 Hon. Janet T. Neff

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

       Defendants.
_____/

## ORDER

      Pending before the Court is Defendants' Motion for Leave to File Supplemental Brief (ECF No. 55), to which Plaintiffs filed a response in opposition (ECF No. 58). Having reviewed the motion papers and being familiar with this case, IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Supplemental Brief (ECF No. 55) is DENIED.

    IT IS SO ORDERED.

Dated:  September 29, 2021                  /s/ Janet T. Neff
                                                     JANET T. NEFF
                                                     United States District Judge