UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN, STATE OF, et al.,

        Plaintiffs,                       Case No. 1:20–cv–1142

    v.

ENBRIDGE ENERGY, LIMITED
PARTNERSHIP, et al.,

        Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Simon A. Steel

RE:  Motion for Leave to File (ECF No. 76)

REASON FOR NOTICE:  The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION:  None.

INFORMATION FOR FUTURE REFERENCE:  Local Civil Rule 5.7(e) requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e–mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                  CLERK OF COURT

Dated:  November 8, 2021       By:  /s/ E. Siskind_____
                                   Deputy Clerk