UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN, et al.,

    Plaintiffs,

v.

ENBRIDGE ENERGY LIMITED
PARTNERSHIP, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1142

HON. JANET T. NEFF

## **ORDER**

Having reviewed the motion for leave to file a supplemental brief by *amicus curiae*, the Government of Canada (ECF No. 76), which Plaintiffs oppose (ECF No. 76-2), the Court will, in its discretion, require any response by Plaintiffs to the motion (ECF No. 76) to be filed not later than the close of business on Friday, November 12, 2021.

**IT IS SO ORDERED**.

Dated: November 10, 2021

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge