UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN, GOVERNOR OF THE
STATE OF MICHIGAN, and MICHIGAN
DEPARTMENT OF NATURAL RESOURCES,   Case No. 1:20-cv-1142-JTN-RSK

    Plaintiffs,   HON. JANET T. NEFF

v

ENBRIDGE ENERGY, LIMITED PARTNERSHIP,
ENBRIDGE ENERGY COMPANY, INC., and
ENBRIDGE ENERGY PARTNERS, L.P.,

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiffs, by their undersigned counsel, hereby give notice, pursuant to FR Civ P 41(a)(1)(A)(i) of the voluntary dismissal of this action.

    Respectfully submitted,

    Dana Nessel
    Attorney General

    /s/ *Robert P. Reichel*
    Robert P. Reichel (P31878)
    Daniel P. Bock (P71246)
    Assistant Attorneys General
    Attorneys for Plaintiffs
    Environment, Natural Resources, and
    Agriculture Division
    P.O. Box 30755
    Lansing, MI 48909
    (517) 335-7664
    ReichelB@michigan.gov
Dated:  November 30, 2021    BockD@michigan.gov

LF:  Enbridge Straits (Dec & Inj Relief)(GOV)(DNR)WD/AG# 2020-0304222-B-L/Notice of Voluntary Dismissal 2021-11-30